```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TONY DPHAX KING,                  :
                                  :      CIVIL ACTION
        Plaintiff,                :      NO. 14-1015
                                  :
    v.                            :
                                  :
PHILADELPHIA PARKING              :
AUTHORITY et al.,                 :
                                  :
        Defendants.               :
```

**O R D E R**

**AND NOW**, this **10th** day of **April, 2015**, for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

(1) Defendant Philadelphia Parking Authority's Motion to Dismiss (ECF No. 22) is **GRANTED**;

(2) Defendant City of Philadelphia's Motion to Dismiss (ECF No. 26) is **GRANTED**;

(3) Counts I and II of the Second Amended Complaint (ECF No. 21), for violations of 42 U.S.C. § 1983, are **DISMISSED with prejudice**;

(4) Count III of the Second Amended Complaint (ECF No. 21), for violations of state law, are **DISMISSED without prejudice**; and

(5)  The Clerk of Court shall mark the case **CLOSED**.

**AND IT IS SO ORDERED.**

<pre>
                        /s/ Eduardo C. Robreno
                        EDUARDO C. ROBRENO,     J.
</pre>